CISLO & THOMAS LLP
  Daniel M. Cislo (State Bar No. 125378)
  Dennis Larson (State Bar No. 48983)
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
Telephone: (310) 451-0647
Fax: (310) 394-4477

LATHAM & WATKINS LLP
  David J. Schindler (State Bar No. 130490)
  Steven D. Atlee (State Bar No. 151025)
  Robert K. Lu (State Bar No. 198607)
633 West Fifth Street Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Fax: (213) 891-8763

Attorneys for Plaintiff,
GUTHY-RENKER CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUTHY-RENKER CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br>　　vs.<br>TRADEWIND PRODUCTS, INC., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-CLAIMS. | CASE NO. 03-2035 GHK (RZx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE;** [~~PROPOSED~~] **ORDER**<br><br>FRCP 41(a)(1)<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Courtroom: 650 - Roybal |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Guthy-Renker Corporation ("Guthy-Renker") and defendants Thane International, Inc., Tradewind Products, Inc., individually and doing business as Youcansave.com, and Brett J. Wilson (collectively, the "Settling Defendants"), by and through their respective counsel, as follows:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1297123.1

1

1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice as to the Settling Defendants;

2. Pursuant to the Settlement Agreement between Guthy-Renker and the Settling Defendants, Guthy-Renker shall retain the right to file a motion to recover costs, including reasonable attorneys, from the Settling Defendants in this action, and the Court shall retain jurisdiction to rule on such a motion.

Dated: August 16, 2004

LATHAM & WATKINS LLP
David J. Schindler
Steven D. Atlee
Robert K. Lu

By: _____
Steven D. Atlee
Attorneys for Plaintiff GUTHY-RENKER CORPORATION

Dated: August 16, 2004

SEDGWICK DETERT MORAN & ARNOLD LLP
David A. Schnider

By: _____
David A. Schnider
Attorneys for Defendant THANE INTERNATIONAL, INC.

Dated: August ___, 2004

REED SMITH LLP
Terence N. Hawley

By: _____
Terence N. Hawley
Attorneys for Defendants TRADEWIND PRODUCTS, INC. and BRETT J. WILSON

IT IS SO ORDERED.
DATED: 8/19/04

_____
The Honorable George H. King
United States District Court Judge

1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice as to the Settling Defendants;

2. Pursuant to the Settlement Agreement between Guthy-Renker and the Settling Defendants, Guthy-Renker shall retain the right to file a motion to recover costs, including reasonable attorneys, from the Settling Defendants in this action, and the Court shall retain jurisdiction to rule on such a motion.

Dated: August ___, 2004

LATHAM & WATKINS LLP
David J. Schindler
Steven D. Atlee
Robert K. Lu

By _____
Steven D. Atlee
Attorneys for Plaintiff GUTHY-RENKER CORPORATION

Dated: August ___, 2004

SEDGWICK DETERT MORAN & ARNOLD LLP
David A. Schnider

By: _____
David A. Schnider
Attorneys for Defendant THANE INTERNATIONAL, INC.

Dated: August 16, 2004

REED SMITH LLP
Terence N. Hawley

By: _____
Terence N. Hawley
Attorneys for Defendants TRADEWIND PRODUCTS, INC. and BRETT J. WILSON

**IT IS SO ORDERED.**

DATED: _____

The Honorable George H. King
United States District Court Judge

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES
LA\1297123.1

2

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007.

On **August 17, 2004** I served the following document described as:

**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

**SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 17, 2004**, at Los Angeles, California.

_____
Anna M. Garcia

LATHAM•WATKINS
ATTORNEYS AT LAW
LOS ANGELES

1

LA\1282697.1

# SERVICE LIST

USDC, Central District of California
Case No. 03-2035GHK (RZx)

<u>Guthy-Renker Corporation v. Tradewind Products, Inc.</u>

**ATTORNEYS FOR PLAINTIFF**

Daniel M. Cislo, Esq.
Dennis Larson, Esq.
CISLO & THOMAS LLP
233 Wilshire Blvd., Suite 900
Santa Monica, CA 90401
Phone: (310) 451-0647
Fax:    (323) 870-1163

**ATTORNEYS FOR DEFENDANTS**

| | |
|---|---|
| Terence N. Hawley<br>REED SMITH CROSBY HEAFEY LLP<br>1999 Harrison Street<br>Oakland, CA 94612-3572<br>Phone: (510) 763-2000<br>Fax:    (510) 273-8832 | Scott D. Baker<br>William R. Overend<br>REED SMITH CROSBY HEAFEY LLP<br>Two EmBarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Phone:  (415) 543-8700<br>Fax:    (415) 391-8269 |
| David A. Schnider, Esq.<br>Robert F. Helfing<br>SEDGWICK, DETERT, MORAN & ARNOLD<br>801 South Figueroa Street, 18th Floor<br>Los Angeles, CA 90017-5556<br>Phone: (213) 426-6900<br>Fax:    (213) 426-6921 | Michael Machat, Esq.<br>THE LAW OFFICES OF MICHAEL MACHAT<br>9107 Wilshire Blvd., Suite 425<br>Beverly Hills, CA 90210<br>Phone:  (310) 860-1833<br>Fax:    (310) 860-1837 |

Robert N. Treiman Esq.
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 229-1000
Fax:    (310) 229-1001