1  CISLO & THOMAS LLP
      Daniel M. Cislo (State Bar No. 125378)
2     Dennis Larson (State Bar No. 48983)
   233 Wilshire Boulevard, Suite 900
3  Santa Monica, California 90401
   Telephone: (310) 451-0647
4  Fax: (310) 394-4477

5  LATHAM & WATKINS LLP
      David J. Schindler (State Bar No. 130490)
6     Steven D. Atlee (State Bar No. 151025)
      Robert K. Lu (State Bar No. 198607)
7  633 West Fifth Street Suite 4000
   Los Angeles, California  90071-2007
8  Telephone: (213) 485-1234
   Fax: (213) 891-8763

9  Attorneys for Plaintiff,
10 GUTHY-RENKER CORPORATION

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

SCANNED

FILED
CLERK, U.S. DISTRICT COURT

SEP  7 2004

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

11                 UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

14 GUTHY-RENKER CORPORATION,     )  CASE NO. 03-2035 GHK (RZx)
   a Delaware corporation,        )
15                                )  STIPULATION AND [PROPOSED]
             Plaintiff,           )  ORDER RE PERMANENT
16      vs.                       )  INJUNCTION AND DISCHARGE
                                  )  OF PRELIMINARY INJUNCTION
17 TRADEWIND PRODUCTS, INC.,      )  BOND
   et al.,                        )
18                                )
             Defendants.          )
19 _____  )
                                  )
20                                )
   AND RELATED CROSS-CLAIMS.      )
21                                )
                                  )
22                                )

23

24

25

DOCKETED ON CM

SEP - 8 2004

BY ____ 009

Pursuant to their August ___, 2004 settlement agreement ("Settlement Agreement"), plaintiff Guthy-Renker Corporation ("Guthy-Renker") and defendants Media Products, Inc., a New Jersey corporation, doing business as ABS Distributors and AB's Distributors ("ABS Distributors"), Abdul Yasir a/k/a/ Abdul Yasser, Abdul Yassir, Yasir Abdul and Abe Rakoff ("Yasir"), and Hardik Manubarwala a/k/a Harry Manubarwala ("Manubarwala" and collectively with ABS Distributors and Yasir, the "Settling Defendants"), by and through their respective counsel, hereby stipulate to the entry of a permanent injunction and the discharge of the preliminary injunction bond, as follows:

## [PROPOSED] ORDER

1.    The Settling Defendants and their officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them who receive actual notice of this Order, are permanently enjoined from directly or indirectly:

(a)    importing, exporting, manufacturing, distributing, moving, exploiting, selling, reselling, marketing, advertising, promoting, licensing, or causing or authorizing the sale, distribution, exhibition, licensing, marketing, advertising, or aiding in any way in the distribution, in any form, of any Guthy-Renker products which bear the GUTHY-RENKER® or PROACTIV® trademarks or copyrighted labels, except as set forth in the Settlement Agreement; provided, however, nothing herein shall prevent the Settling Defendants from using or referring to any GUTHY-RENKER® or PROACTIV® trademarks in any lawful comparative advertising or other lawful conduct by the Settling Defendants;

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES

2

(b) assisting, aiding or abetting any suppliers or any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a);

(c) using any Guthy-Renker® and/or Proactiv® trademarks or copyrighted text or photographs used by Guthy-Renker in any manner or form which might infringe upon Guthy-Renker's Guthy-Renker® and/or Proactiv® trademarks or copyrights; and

(d) advertising, manufacturing, causing the manufacture, assembling, delivering, shipping, distributing or selling any Guthy-Renker products in the future

2. To the extent not already provided, the Settling Defendants shall deliver to Guthy-Renker's counsel, as substitute custodian for the Court, all PROACTIV®-marked products in their possession and any related materials such as packaging, labels, boxes or other materials, and Guthy-Renker's counsel shall return any genuine products and related materials.

3. The Clerk of the United States District Court for the Central District of California shall discharge and remit to Guthy-Renker, c/o Steven D. Atlee of Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, California 90071-2007; (213) 485-1234, the principal sum of $10,000, plus all applicable interest earned thereon, which sum was posted on May 12, 2003 in lieu of a bond or undertaking pursuant to the Court's May 12, 2003 Memorandum and Temporary Restraining Order.

4. This Court will retain continuing jurisdiction to enforce this Order and the Settlement Agreement.

IT IS SO ORDERED

Dated 9/3/04

United States District Judge

3

1   SO STIPULATED AND APPROVED AS TO FORM:

2

3   Dated: ~~July~~ August **27**, 2004                LATHAM & WATKINS LLP
                                                    David J. Schindler
4                                                   Steven D. Atlee
                                                    Robert K. Lu
5

6                                                   By: _____
                                                    Steven D. Atlee
7                                                   Attorneys for Plaintiff GUTHY-
                                                    RENKER CORPORATION
8

9

10  Dated: ~~July~~ Aug **27**, 2004                 MACHAT & ASSOCIATES
                                                    Michael Machat
11

12                                                  By: _____
                                                    Michael Machat, Esq.
13                                                  Attorneys for Defendants
                                                    MEDIA PRODUCTS, INC.,
14                                                  ABDUL YASIR and
                                                    HARDIK MANUBARWALA
15

16

17  IT IS SO ~~ORDERED~~.

18

19  DATED:_____

20                                                  The Honorable George H. King
                                                    United States District Court Judge
21  Z:\TMDocs\03-11887\Stipulation & Order re Permanent Injunction for ABS et al.DOC

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007.

On **August 27, 2004** I served the following document described as:

## STIPULATION AND [PROPOSED] ORDER RE PERMANENT INJUNCTION AND DISCHARGE OF PRELIMINARY INJUNCTION BOND

by serving a true copy of the above-described document in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

## SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 27, 2004**, at Los Angeles, California.

*Anna M. Garcia*

Anna M. Garcia

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

LA\1282697.1

SERVICE LIST

USDC, Central District of California
Case No. 03-2035GHK (RZx)

Guthy-Renker Corporation v. Tradewind Products, Inc.

**ATTORNEYS FOR PLAINTIFF**

Daniel M. Cislo, Esq.
Dennis Larson, Esq.
CISLO & THOMAS LLP
233 Wilshire Blvd., Suite 900
Santa Monica, CA 90401
Phone: (310) 451-0647
Fax:    (323) 870-1163

**ATTORNEYS FOR DEFENDANTS**

Terence N. Hawley
REED SMITH CROSBY HEAFEY LLP
1999 Harrison Street
Oakland, CA 94612-3572
Phone: (510) 763-2000
Fax:    (510) 273-8832

Scott D. Baker
William R. Overend
REED SMITH CROSBY HEAFEY LLP
Two EmBarcadero Center, Suite 2000
San Francisco, CA 94111
Phone:   (415) 543-8700
Fax:      (415) 391-8269

David A. Schnider, Esq.
Robert F. Helfing
SEDGWICK, DETERT, MORAN & ARNOLD
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017-5556
Phone: (213) 426-6900
Fax:    (213) 426-6921

Michael Machat, Esq.
THE LAW OFFICES OF MICHAEL
MACHAT
9107 Wilshire Blvd., Suite 425
Beverly Hills, CA 90210
Phone:   (310) 860-1833
Fax:      (310) 860-1837

Robert N. Treiman Esq.
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 229-1000
Fax:    (310) 229-1001

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
LOS ANGELES

2

LA\1282697.1